

## Marilyn Burgess
### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 2:19:09 PM
CHRISTOPHER A. PRINE
Clerk

**DATE 8/13/2025**

### NOTICE OF APPEALS
### ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:** 15TH COURT OF APPEALS

**From:** Deputy Clerk: DESHA YATES
Marilyn Burgess, District Clerk
Harris County, T E X A S

**CAUSE: 2025-35689**    **COURT: 125TH**    **RELATED APPEAL: NONE**

**CASE STATUS: DISPOSED/FINAL**    **IMAGE #(S): 121896464**

**TENTATIVE DUE 11/25/2025**    **PRO-SE DOMINIQUE CUNNINGHAM**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 8/1/2025**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED 8/11/2025**

**REQUEST TRANSCRIPT DATE FILED NONE**

**NOTICE OF APPEAL DATE FILED 8/13/2025**

**NUMBER OF DAYS: ( CLERKS RECORD ) 120 DAYS**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, OA, H**

**COURT REPORTER: ELIZABETH CORDOVA**

MARILYNN BURGESS
Harris County, District Clerk

AP9 R04-30-92 S:\FormsLib\Civil Bureau\Civil Courts & Post Judgment\Post Trial\Appeal Status Card          Revised 01-18-2013



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

By: _/s/ Desha Yates_____

**DESHA YATES, Deputy**

**BC - NOTICE OF APPEAL FILED**
**BG - NOTICE OF APPEAL FILED – GOVERNMENT**
**C - JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA - NO CLERK'S RECORD REQUEST FILED**
**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**
**NA - AMENDED NOTICE OF APPEAL**
**CR – CROSS APPEAL**
**H - PAUPER'S OATH FILED**

# Judicial District of
# Harris County, Texas

Dominique Cunningham

Plaintiff

§
§
§

v.

§
§
§

Teneshia Hudspeth

§
§
§

Defendant

202535689

Case Number

125th District Court

Court

## NOTICE OF APPEAL

Notice is hereby given that Dominique Cunningham

appeals to the Harris County Court of Appeals:

in the Fifteenth Court of Appeals. Tex. R. App. P. 25.1 (d)(4). Plaintiff appeals due to the Court's prejud-

icial ruling that impedes on Plaintiff's constitutional right to petition as defined by Tex. Civ. Prac. & Rem.

Ann. § 27.001. The Court {Judge, Clerk, Reporter} has failed to query and inquire on the verification

of the account claimed of, leading all parties to believe that each pleading is been taken as a true and

correct plea to the cause of action. Plaintiff received this notion from the Court and began to verify facts

of Defendant's pleadings. The first waiver of truth and correctness found in Defendant's pleadings is:

in accordance to Tex. R. Civ. P. 93, Defendant's Original Answer was to be verified by affidavit due to the

special exception requested from its pleading. The Court has not queried or inquired to Defendant's

counsel for clarification of the infraction. The second waiver of truth and correctness found in Defendant's

pleadings is: Defendant's absence of knowledge of substantive relief requested. Defendant's counsel

claims that, "Plaintiff's live pleading...describes her action as a suit on account [pursuant to Tex. R.

Civ. P. 185] but requests only non-monetary relief in the form of the release of records that are either

exempt from [public] disclosure or sealed...". Defendant counsel's claim shows good cause to require,

from the Defendant, burden of proof as defined by Texas Rules of Civil Procedure 94. Defendant counsel also claims that if the claims of Plaintiff's petition are believed to be true then, in paraphrased context, Plaintiff, would be required to,"request the records, file suit in the court with continuing jurisdiction, or contact the other party that recorded the records of the account in their datasystem." This statement is barred by petitioned authority, Tex. Loc. Gov't. Ann. § 192.007(a), by Texas Rules of Civil Procedure 45, and by dictionary definition of a petition. Each authority identify a petition as a formal written request to an authority or authorizing organization. Because of these absences of knowledge, Plaintiff's petition should not have hosted the gestures of denial from the Defendant. Defendant's denial of the execution of Plantiff's written instrument by Harris County Clerk's Office has created further economic injury to Plaintiff by delaying justice in relief that Plaintiff has requested. Additionally, Defendant counsel's plea to jurisdiction is barred by Tex. Loc. Gov't. Ann. § 192.001. The Judge failed to make this construal when ruling on the plea, which provides grounds for complaint on appeal under Tex. Civ. Prac. & Rem. Ann. 27

Appeals judgment is requested pursuant to Tex. R. App. P. 43.2 (c). Under Texas Rules of Evidence 902, Plaintiff is not required to evidence self-authenticating documents. The case was expected to proceed with an order from the District Judge for County Clerk's Office "Search of Records" service. Tex. Loc. Gov't. Ann. § 118.052 (3)(G). From the document received with the order, Plaintiff would have had the information sufficient to request/motion order of vacatur of the sealing order on the account of claim. The document retrieved from the "Search of Records Service Order" is an orginal confession of judgment affidavit that is certified by presiding judge of the court with continuing jurisdiction. – All motions in the appellate action will be motioned pursuant to Tex. R. App. P. 10.3 (a)(3). Plaintiff is indigent and continues

in appeal for relief requested.

entered on this date 08-01-2025.

Attorney/Pro Se Litigant Signature _____

Print Name Dominique Cunningham

Address 1500 Hadley

City, State, Zip Houston, Texas 77002-9998

Telephone (832) 735-0226

## Certificate of Service


On August 13, 2025 I filed Notice of Appeal in the Office of the Clerk of Court for the 125th District Court, Harris County, Texas, Southern District of Texas. I certify the document was served to all counsel of record and PRO SE parties in a manner authorized by Texas Rules of Civil Procedure 21a.

_____
*Signature*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104313620
Filing Code Description: Notice of Appeal
Filing Description: Notice of Appeal
Status as of 8/13/2025 1:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jesse Blakley | | jesse.blakley@harriscountytx.gov | 8/13/2025 10:45:25 AM | SENT |
| Stephon Preston | | Stephon.Preston@harriscountytx.gov | 8/13/2025 10:45:25 AM | SENT |

7/3/2025 12:34:30 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 102752846
By: RODRIGUEZ, JIMMY E
Filed: 7/3/2025 12:34:30 PM
Pgs-1

CASE NO. 2025-35689

PJURX
11A

| | | |
|---|---|---|
| DOMINIQUE CUNNINGHAM | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| TENESHIA HUDSPETH | § | |
| *Defendant.* | § | 125th JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT COUNTY CLERK
## TENESHA HUDSPETH'S PLEA TO THE JURISDICTION

After considering Defendant the Honorable Teneshia Hudspeth, Harris County Clerk's ("Defendant's") Plea to the Jurisdiction, the response, any arguments of counsel or the parties, if any, and the record before the Court, the Court is of the opinion that the Plea to the Jurisdiction should be, in all respects, GRANTED.

It is therefore, ORDERED that all claims asserted by Plaintiff Dominique Cunningham against Defendant be, and hereby are, dismissed with prejudice.

Signed this _____ day of _____, 2025.

Signed:
8/1/2025

_____
PRESIDING JUDGE

8/11/2025 12:35 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 104210019
By: Alyssa Henderson
Filed: 8/11/2025 12:35 PM

CASE NO.     2025-35689

| | | |
|---|---|---|
| DOMINIQUE CUNNINGHAM | § | |
| *Plaintiff,* | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| TENESHIA HUDSPETH | § | 125th JUDICIAL DISTRICT |
| *Defendant.* | § | |

## <u>AMENDED</u> <u>REQUEST FOR FINDINGS OF FACTS AND CONCLUSIONS OF LAW</u>

Plaintiff of the Court in Dominique Cunningham vs. Teneshia Hudspeth, Suit on Account, requests findings of facts and conclusions of law of the case. Instructions on completing a request for findings of facts and conclusions of law can be obtained by viewing Texas Rules of Civil Procedure 296 – 299a. A returned findings of facts and conclusions of law would appease Plaintiff in determining appeal.

*Signature*
**Dominique D. Cunningham**
1500 Hadley
Houston, Texas 77002-9998
dominiquedenise.c@gmail.com
(832) 735-0226

## Certificate of Service

On August 11, 2025, Request for findings of facts and conclusions of law was refiled in the office of the clerk of court for the 125th district court. I certify the document was served on all counsel and **prose** parties of record in a manner prescribed by Texas Rules of Civil Procedure 21a.

Certificate of Service is in accordance with manners authorized by Federal Rules of Civil Procedure 5(b)(2).

_____
*Signature*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104210019
Filing Code Description: No Fee Documents
Filing Description: Amended Request for Findings of Facts and Conclusions of Law
Status as of 8/11/2025 3:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jesse Blakley | | jesse.blakley@harriscountytx.gov | 8/11/2025 12:35:30 PM | SENT |
| Stephon Preston | | Stephon.Preston@harriscountytx.gov | 8/11/2025 12:35:30 PM | SENT |



| CASE NUM: | 202535689 | PJN: | | 🔍 | TRANS NUM: | | CURRENT COURT: | 125 | PUB: | Please Select ▼ |
|---|---|---|---|---|---|---|---|---|---|---|

| CASE TYPE: | DEBT/CONTRACT - OTHER | | CASE STATUS: | DISPOSED (FINAL) |
|---|---|---|---|---|

| STYLE: | CUNNINGHAM, DOMINIQUE | | VS | HARRIS COUNTY CLERK'S OFFICE |
|---|---|---|---|---|

**** INACTIVE PARTIES ****

| ☐ | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00004 - 0001 | AGT | | HUDSPETH, TENESHIA BY SERVING HER REGISTE | | |
| ☐ | | 00003 - 0001 | DEF | 24060952 | HUDSPETH, TENESHIA | | BLAKLEY, JESSE MARK JR. |
| ☐ | | 00002 - 0001 | DEF | 24060952 | HARRIS COUNTY CLERK'S OFFICE | | BLAKLEY, JESSE MARK JR. |
| ☐ | | 00001 - 0001 | PLT | | CUNNINGHAM, DOMINIQUE | | PRO-SE |